# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>    Plaintiff,<br><br>    v.<br><br>EDMUND G. BROWN, JR. et al.,<br><br>    Defendants. | 1:19-cv-00289 BAM (PC)<br><br>ORDER TRANSFERRING CASE TO THE NORTHERN DISTRICT OF CALIFORNIA |

Plaintiff Anthony R. Turner is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

"For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a). "A civil action may be brought in – (1) a judicial district in which any defendant resides, if all defendants are residents of the State in which the district is located; [or] (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred . . . ." 28 U.S.C. § 1391(b).

In this case, Plaintiff's complaint clearly alleges that the events at issue in this action occurred at Salinas Valley State Prison in Monterey County, which is located within the boundaries of the Northern District of California. (ECF No. 1, p. 3.) While one of the eighteen

1

named defendants is listed as working at California Correctional Institution, and several other defendants are listed as working at locations in Sacramento, California, there is no indication that any, much less "a substantial part," of the events giving rise to this action have taken place within the boundaries of the Eastern District of California. In addition, the complaint lacks allegations linking any of these defendants to the events at issue. Therefore, Plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Ravelo Monegro v. Rosa, 211 F.3d 509, 512 (9th Cir. 2000).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated: **March 13, 2019**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE